**FILED**
March 13, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ARMANDO JOSE RODRIGUEZ, ) <br> ) <br> Defendant. ) | Case No. CR.S-08-0078-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARMANDO JOSE RODRIGUEZ, Case No. CR.S-08-0078-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of:$250,000.00.

           ___   Agreement to Forfeit Property Form

           _X_   Appearance Bond with Surety

           _X_   (Other) <u>Conditions as stated on the record.</u>

           ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/13/08 at 1:45pm.

By   **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge