1    RANDY MONTESANO
     Attorney at Law  - SBN: 83842
2    214 Duboce Avenue
     San Francisco, CA 94103
3    (415) 431-8226
     rmontesano@hotmail.com
4
     Attorney for Defendant
5    ARMANDO RODRIGUEZ

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  2:08-cr-00078-MCE
                                      )
12        Plaintiff,                  )
                                      )   ORDER AND STIPULATION
13     vs.                            )   FOR CONTINUANCE FROM APRIL 17, 2008
                                      )   TO MAY 15, 2008, AND EXCLUDING TIME
14   ARMANDO RODRIGUEZ,               )   FROM THE SPEEDY TRIAL ACT CALCULATION
                                      )   [18 U.S.C. § 3161(h)(8)(A)] and LOCAL
15        Defendant.                  )   RULE T-4
     _____)

16

17

18        With the agreement of the parties, and with the consent of the defendant, the Court

19   enters this Order scheduling a status conference on May 15, 2008, at 9:00 a.m., and

20   excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-

21   4, effective from April 17, 2008, to and through May 15, 2008.  The parties agree, and the

22   Court finds and holds as follows: defendant agrees to an exclusion of time under the Speedy

23   Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-4, and orders that the period from

24   April 17, 2008, to and through May 15, 2008.  The parties agree, and the Court finds and

25   holds as follows that counsel for the defendant needs additional time to obtain further

26   discovery so that he can render effective assistance of counsel, and that defendant agrees to

27   an exclusion from the Speedy Trial Act calculations under 18 U.S.C. § 3161(c)(1)(A).

28   ///

1   **IT IS SO STIPULATED:**

2

3

4   Dated:_____                    s/Randy Montesano
                                         RANDY MONTESANO
5                                        Attorney for Defendant Armando Rodriguez

6

7   Dated:_____                    s/William Wong
                                         WILLIAM WONG
8                                        Assistant United States Attorney

9

10  **SO ORDERED:**

11
     Dated: April 16, 2008
12

13                                       _____
                                         MORRISON C. ENGLAND, JR.
14                                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28