1  RANDY MONTESANO
   Attorney at Law  - SBN: 83842
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-8226
   rmontesano@hotmail.com
4
   Attorney for Defendant
5  ARMANDO RODRIGUEZ

6

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,       )   Case No.  2:08-CR-00078 MCE
                                    )
12       Plaintiff,                 )
                                    )   ORDER AND STIPULATION
13     vs.                          )   FOR CONTINUANCE FROM JUNE 12, 2008
                                    )   TO JULY 24, 2008, AND EXCLUDING TIME
14  ARMANDO RODRIGUEZ,              )   FROM THE SPEEDY TRIAL ACT CALCULATION
                                    )   [18 U.S.C. § 3161(h)(8)(A)] and LOCAL
15       Defendant.                 )   RULE T-4
    _____)
16

17      With the agreement of the parties, and with the consent of the defendant, the Court

18  enters this Order scheduling a status conference on July 24, 2008, at 9:00 a.m., and

19  excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-

20  4, effective from June 12, 2008, to and through July 24, 2008.  The parties agree, and the

21  Court finds and holds as follows: defendant agrees to an exclusion of time under the

22  Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-4, and orders that the

23  period from June 12, 2008, to and through July 24, 2008, be excluded.

24  ///

25  ///

26  ///

27  ///

28  ///

1  The parties agree, and the Court finds and holds as follows: that counsel for the defendant
2  needs additional time to obtain further discovery and conduct further investigation  so that
3  he can render effective assistance of counsel, and that defendant agrees to an exclusion
4  from the Speedy Trial Act calculations under 18 U.S.C. § 3161(c)(1)(A).

**IT IS SO STIPULATED:**

Dated:_____                    s/Randy Montesano
                                     RANDY MONTESANO
                                     Attorney for Defendant Armando Rodriguez


Dated:_____                    s/William Wong
                                     WILLIAM WONG
                                     Assistant United States Attorney


**SO ORDERED:**

 Dated: June 10, 2008

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE