RANDY MONTESANO
Attorney at Law  - SBN: 83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226
rmontesano@hotmail.com

Attorney for Defendant
ARMANDO RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-CR-00078-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| vs. | ) ) | |
| ARMANDO RODRIGUEZ, | ) ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by and between the parties, that defendant ARMANDO RODRIGUEZ's conditions of release be modified to permit him to travel from San Francisco, California to Honolulu, Hawaii for the purpose of taking his daughter to visit relatives for one week following her graduation from middle school. Defendant will depart San Francisco on June 13, 2008, and return to San Francisco on June 20, 2008.

**IT IS SO STIPULATED:**

Dated:_____                        s/Randy Montesano
                                          RANDY MONTESANO
                                          Attorney for Defendant Armando Rodriguez

1

2 | Dated:_____ | s/William Wong
3 | | WILLIAM WONG
  | | Assistant United States Attorney
4 | **SO ORDERED:**

5 | Dated: June 12, 2008

6

7 | _____
  | MORRISON C. ENGLAND, JR.
8 | UNITED STATES DISTRICT JUDGE