RANDY MONTESANO
Attorney at Law  - SBN: 83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226
rmontesano@hotmail.com

Attorney for Defendant
ARMANDO RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:08 - CR- 00078 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER AND STIPULATION |
| vs. | ) | FOR CONTINUANCE FROM JULY 24, 2008 |
| | ) | TO SEPTEMBER 4, 2008, AND EXCLUDING TIME |
| ARMANDO RODRIGUEZ, | ) | FROM THE SPEEDY TRIAL ACT CALCULATION |
| | ) | [18 U.S.C. § 3161(h)(8)(A)] and LOCAL |
| Defendant. | ) | RULE T-4 |
| _____ | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this Order scheduling a status conference on September 4, 2008, at 9:00 a.m., and excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-4, effective from July 24, 2008, to and through September 4, 2008.  The parties agree, and the Court finds and holds as follows: defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-4, and orders that the period from July 24, 2008, to and through September 4, 2008, be excluded.  The parties agree, and the Court finds and holds as follows: that counsel for the defendant needs additional time to obtain further discovery and conduct further investigation  so that he can render effective assistance of counsel, and that defendant agrees to an exclusion from the Speedy Trial Act calculations under 18 U.S.C. § 3161(c)(1)(A).

//

1

**IT IS SO STIPULATED:**

Dated:_____                    s/Randy Montesano
                                    RANDY MONTESANO
                                    Attorney for Defendant Armando Rodriguez


Dated:_____                    s/William Wong
                                    WILLIAM WONG
                                    Assistant United States Attorney


**SO ORDERED:**

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2