RANDY MONTESANO
Attorney at Law  - SBN: 83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226
rmontesano@hotmail.com

Attorney for Defendant
ARMANDO RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  2:08 - CR- 00078 MCE |
| ) | |
|     Plaintiff,    ) | |
| ) | ORDER AND STIPULATION FOR |
|   vs.     ) | CONTINUANCE FROM OCTOBER 2, 2008 |
| ) | TO OCTOBER 9, 2008, AND EXCLUDING TIME |
| ARMANDO RODRIGUEZ,    ) | FROM THE SPEEDY TRIAL ACT CALCULATION |
| ) | [18 U.S.C. § 3161(h)(8)(A)] and LOCAL |
|     Defendant.    ) | RULE T-4 |
| _____) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this Order scheduling a status conference on October 2, 2008, at 9:00 a.m., and excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-4, effective from October 2, 2008, to and through October 9, 2008.  The parties agree, and the Court finds and holds as follows: defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Rule T-4, and orders that the period from October 2, 2008, to and through October 9, 2008, be excluded.  The parties agree, and the Court finds and holds as follows: that counsel for the defendant needs additional time to obtain further discovery and conduct further investigation  so that he can render effective assistance of counsel, and that defendant agrees to an exclusion from the Speedy Trial Act calculations under 18 U.S.C. § 3161(c)(1)(A).

//

1  **IT IS SO STIPULATED:**

4  Dated:_____                    s/Randy Montesano
                                       RANDY MONTESANO
5                                      Attorney for Defendant Armando Rodriguez

7  Dated:_____                    s/William Wong
                                       WILLIAM WONG
8                                      Assistant United States Attorney

10 **IT IS SO ORDERED:**

11 Dated: September 23, 2008

13                                     _____
                                       MORRISON C. ENGLAND, JR.
14                                     UNITED STATES DISTRICT JUDGE