McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) | NO. 2:08-CR-00078 MCE |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ARMANDO JOSE RODRIGUEZ, ) | Date: October 9, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Ctrm.: Hon. Morrison C. England, Jr. |
| _____) | |

    The United States of America, through its counsel of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Armando Jose Rodriguez, through his counsel, Randy Montesano, Esquire, stipulate and agree to vacate the status conference date presently set for October 9, 2008, and to have the status conference rescheduled for December 18, 2008, at 9:00 a.m.

    Counsel for the defendant has advised the government that the defendant was shot to death recently in San Francisco, California. The government, through its case agent, has requested a death certificate from the Coroner's Office but has not yet received official notification that the defendant has died. The parties need

1

additional time to verify that the individual killed in San Francisco is the defendant, Armando Jose Rodriguez. Once the death certificate has been received by the government and the identity of the decedent has been verified, the government will file a motion to dismiss this case.

The parties agree to stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately investigate.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: October 8, 2008      By:  /s/ WILLIAM S. WONG
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff

Dated: October 8, 2008          /s/ WILLIAM S. WONG for
                                      RANDY MONTESANO, Esq.
                                      Attorney for Defendant

<u>O R D E R</u>

IT IS SO ORDERED.

Dated: October 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE