```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) 2:08-CR-00078-MCE
                                  )
12                Plaintiff,      ) STIPULATION AND ORDER TO
                                  ) CONTINUE STATUS CONFERENCE
13       v.                       )
                                  )
14  ARMANDO JOSE RODRIGUEZ,       ) Date: December 18, 2008
                                  ) Time: 9:00 a.m.
15                Defendant.      ) Ctrm: Hon. Morrison C. England, Jr.
    _____ )
16
```

17       The United States of America, through its counsels of record,

18  McGregor W. Scott, United States Attorney for the Eastern District

19  of California, and William S. Wong, Assistant United States

20  Attorney, and defendant Armando Jose Rodriguez, through his counsel,

21  Randy Montesano, Esq., hereby stipulate and agree that the status

22  conference date presently set for December 18, 2008, should be

23  continued to January 29, 2009, at 9:00 a.m.

24       Counsel for the defendant has advised the government that the

25  defendant was shot to death recently in San Francisco, California.

26  The government, through its case agent, has requested a death

27  certificate from the Coroner's Office but has not yet received

28  official notification that the defendant has died.  The parties need

additional time to verify that the individual killed in San Francisco is the defendant, Armando Jose Rodriguez. Once the death certificate has been received by the government and the identity of the decedent has been verified, the government will file a motion to dismiss this case.

The parties agree to stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately investigate.

>                              Respectfully submitted,
>
>                              McGREGOR W. SCOTT
>                              United States Attorney

Dated: December 16, 2008     By: /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney

Dated: December 16, 2008     By: /s/ Randy Montesano
                                 RANDY MONTESANO, Esq.
                                 Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that this matter be set for January 29, 2009, at 9:00 a.m. and that time be excluded to that date pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and local code T4.

Dated: December 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2