```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) 2:08-cr-00078-MCE
                                  )
12                  Plaintiff,    ) STIPULATION AND ORDER TO
                                  ) CONTINUE STATUS CONFERENCE
13        v.                      )
                                  )
14  ARMANDO JOSE RODRIGUEZ,       ) DATE: January 29, 2009
                                  ) TIME: 9:00 a.m.
15                  Defendant.    ) CTRM: Hon. Morrison C. England, Jr.
    _____ )
16
```

17       The United States of America, through its counsels of record,
18  Lawrence G. Brown, Acting United States Attorney for the Eastern
19  District of California, and William S. Wong, Assistant United States
20  Attorney, and defendant Armando Jose Rodriguez, through his counsel,
21  Randy Montesano, Esq., hereby stipulate and agree that the status
22  conference date presently set for January 29, 2009, should be
23  continued to April 30, 2009, at 9:00 a.m.
24       Counsel for the defendant has advised the government that the
25  defendant was shot to death recently in San Francisco, California.
26  The government, through its case agent, has requested a death
27  certificate from the Coroner's Office but has not yet received
28  official notification that the defendant has died.

The recent transfer of the case agent has prolonged the receipt of the defendant's death certificate as this case has been reassigned. The parties need additional time to verify that the individual killed in San Francisco is the defendant, Armando Jose Rodriguez. Once the death certificate has been received by the government and the identity of the decedent has been verified, the government will file a motion to dismiss this case.

The parties agree to stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-4 - additional time to adequately investigate.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: January 27, 2009     By:  /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney


Dated: January 27, 2009     By:  /s/ Randy Montesano
                                 RANDY MONTESANO, Esq.
                                 Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that this matter be set for April 30, 2009, at 9:00 a.m. and that time be excluded to that date pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-4.

Dated: January 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE