RANDY MONTESANO
Attorney at Law - SBN: 83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226
rmontesano@hotmail.com

Attorney for Defendant
ARMANDO RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08 - CR- 00078 MCE |
| Plaintiff, | |
| vs. | EX PARTE DECLARATION OF COUNSEL IN SUPPORT OF ORDER EXONERATING BAIL |
| ARMANDO RODRIGUEZ, | |
| Defendant. | |

I, Randy Montesano declare:

I am an attorney duly licensed to practice law in the State of California and in all four of the U.S. District Courts in California.

I am the attorney of record for defendant ARMANDO RODRIGUEZ who is charged by indictment in the above-captioned case with violating 18 USC § 922(g)(1), felon in possession of a firearm. The case is currently pending awaiting trial setting.

On or about September 23, 2008, defendant ARMANDO RODRIGUEZ was shot and killed in San Francisco. [The Proof of Death notice from the San Francisco Medical Examiner is attached as Exhibit A]. The incident is being investigated by the San Francisco Police Department as a homicide.

After I learned of this killing from reading about it in the San Francisco Chronicle newspaper, I called my client's family to confirm his death, which they did. I then called William Wong, the AUSA assigned to this case and informed him of my client's death. It is

my understanding that on October 9, 2008, a date which had heretofore been set for a trial setting, the government will move to dismiss the case. Accordingly, I request this Court to issue an Order Exonerating Bail so that property heretofore deeded to the Clerk of the District Court can be reconveyed.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of October, 2008, in San Francisco, California.


                                                s/Randy Montesano
                                    Attorney for Defendant Armando Rodriguez

| | |
|---|---|
| 1 | RANDY MONTESANO |
| | Attorney at Law - SBN: 83842 |
| 2 | 214 Duboce Avenue |
| | San Francisco, CA 94103 |
| 3 | (415) 431-8226 |
| | rmontesano@hotmail.com |
| 4 | |
| | Attorney for Defendant |
| 5 | ARMANDO RODRIGUEZ |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08 - CR- 00078 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER EXONERATING BAIL |
| | ) | |
| ARMANDO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Upon good cause being shown,

IT IS HEREBY ORDERED that bail in the above-captioned case is exonerated.

**IT IS SO ORDERED.**

Dated: May 11, 2009

_____
**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**

U.S. v. Rodriguez - Order Exonerating Bail